**Opinion filed September 22, 2016**



### In The

# Eleventh Court of Appeals

_____

## No. 11-16-00097-CV

_____

## MICHAEL HOLT AND FRANCES HODGES, Appellants
## V.
## HUNT OIL COMPANY AND JED DENSMAN, Appellees

**On Appeal from the 118th District Court**
**Martin County, Texas**
**Trial Court Cause No. 6842**

### M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed in this court a joint motion to dismiss with prejudice. The parties state that they have resolved their dispute and have agreed to dismiss all claims. The parties request that we dismiss this appeal with prejudice and tax costs against the party incurring the same. In accordance with the parties' request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1.

The joint motion to dismiss with prejudice is granted, and the appeal is dismissed.

September 22, 2016 PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.